26908, 26909. LEONARD *v.* GEORGIA POWER COMPANY.

FELTON, J. The judgment of this court in these two cases was on certiorari modified by the Supreme Court, *Georgia Power Co.* v. *Leonard*, 187 *Ga.* 608 (1 S. E. 2d, 579, 584). The opinion and judgment of this court are accordingly vacated and withdrawn, and judgment is entered in exact accordance with the opinion and judgment of the Supreme Court. *Judgments reversed. Sutton and Guerry, JJ., concur.*

DECIDED MARCH 8, 1939.

*Hollis Fort, Hollis Fort Jr., James H. Fort,* for plaintiff.
*Foley & Chappell, Dykes & Dykes,* for defendant.